Benito Martinez / 21207-051
FCI-Beaumont (low)-Unit W-B
P.O. Box 26020
Beaumont, Texas 77720-6020

Clerk of Court
Nancy Mayer-Whittington
U.S Courthouse
Third and Constitution Avenue, N.W.     07-112 JR
Washington, D.C. 20001

Re: Benito Martinez VS. Alberto Gonzales;Judge James Robertson, and copies of Motions and Order of Show Cause, Notice of Changed Address.

Dear Clerk,

   I am writting this letter seeking in good faith and to advise you that I have been transferred from F.C.I.-Oakdale, Louisiana to F.C.I Beaumont Low in Beaumont Texas.

   I am requesting that you please update my address in order to reflect the new address. Please forward any correspondence and the cpoies of Show Cause Order, and Motions filed to the F.C.I Beaumont Low addres I provide above. I am unable to provide you with a case number since the BOP has misplace or lost all my legal work. This is a very important to my cause. Should you need any other information from me, please correspondence me to the above address.
   Thank You, for your time in this matter. God Bless you and your family for your time. I am very greatful.

                                            Respectfully,
                                            Benito Martinez
Cc. file                                    Benito Martinez / pro-se
    District Clerk