UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENITO MARTINEZ,** | * |
|     **Petitioner,** | * |
| | *  **Criminal No. 07-112 (JR)** |
| | * |
| **v.** | * |
| | * |
| **ALBERTO GONZALES, et al.,** | * |
|     **Respondents.** | * |

## NOTICE OF APPEARANCE

Respondents, by and through their attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Margaret J. Chriss is counsel of record on behalf of the Respondents in the above-captioned case.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar Number 498-610

    ROBERT D. OKUN
    Assistant United States Attorney
    Chief, Special Proceedings Division
    D.C. Bar Number 457-078

    ___/s/_____
    MARGARET J. CHRISS
    Assistant United States Attorney
    D.C. Bar Number 452-403
    Special Proceedings Division
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202) 307-0874

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that, this 30th day of April 2007, a copy of the foregoing Notice of Appearance was served via first class mail, postage pre-paid, upon:

Mr. Benito Martinez  
Fed. Reg. # 21207-051  
FCI Beaumont Low  
P.O. Box 26020  
Beaumont, TX 77720

    /s/  
Assistant United States Attorney