## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BENITO VICTOR MARTINEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Civil Action No. 07-112 (JR)** |
| **v.** | ) | |
| | ) | |
| **ALBERTO GONZALES, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## ORDER

Respondents' have filed a motion to transfer the case. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered in the petition for writ of habeas corpus, along with petitioner's response or opposition to the motion, and the entire  record of the case.

If petitioner fails to respond to this motion, the Court may assume that the motion is conceded and transfer the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that petitioner shall respond to the respondents' motion to transfer within 30 days of this Order. If petitioner does not respond by that date, the Court may treat the motion as conceded.

JAMES ROBERTSON
United States District Court