BENITO VICTOR MARTINEZ / 21207-051
F.C.I. Beaumont (low) Unit W/B
P.O. Box 26020
Beaumont, TX 77720-6020

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

BENITO VICTOR MARTINEZ,            )
                                   )
            Petitioner,            )
                                   )
V.                                 )    CRIMINAL NO. 07-112 (JR)
                                   )
ALBERTO GONZALES, et. al.,         )
                                   )
            Respondents.           )
                                   )
_____)

MOTION FOR DEFAULT JUDGMENT

BEFORE THIS HONORABLE COURT:

COMES NOW, Benito Victor Martinez, proceeding Pro-Se in and for himself moves this Honorable Court for a **Default Judgment, and/ or Summary Judgment.** Petitioner request this court not hold Petitioner to the same stringent standards as that of a licensed attorney.

1.

RULE 55 (a) States that:

" When a party against whom a judgment for affirmative relief is sought and has failed or otherwise defend as provided by these **RULES** and that fact is made to appear by affidavit or otherwise, the **Clerk shall enter the Party's Defaut.**"

2.

On **Febuary 9,2007,** This Court **Ordered that Respondents (Alberto**

///// -1- MOTION FOR DEFAULT JUDGMENT

Gonzales, et. al.), show within 30 days why Petitioner Martinez's WRIT of HABEAS CORPUS shoul not issue. Respondents failed to answer and/or filed no request to the Court for extension per docket sheet. Again on **March 23, 2007,** this Court issued an Order to Respondents and on **April 12, 2007,** this Court **issued a Show Cause Order** to Respondent Alberto Gonzales. To date no **Answer** as to why **Petitioner's WRIT of HABEAS CORPUS should not issue.** Further, No request for extension have been filed.

3.

**THEREFORE,** Petitioner moves this Honorable Court to take all allegations in Petitioner's **Original Petition** as True. Petitioner moves this Court to **Incorporate** all Petitioner's Original Arguements in his **Original Petition.**

4.

**WHEREFORE,** Petitioner moves this Honorable Court to grant a **Default or Summary** as to the issues herein, For such relief Petitioner for ever pray.

Date; May 20, 2007.                                Respectfully Submitted by;

*Benito V Martinez*
Benito Victor Martinez/Pro-Se

///// - 2 - MOTION FOR DEFAULT JUDGMENT

## AFFIDAVIT

I, Benito Victor Martinez, Swear under penalty of perjury persuant to 28 U.S.C. 1746 that all information in this pleading is true and correct to the best of my abilty.

## CERTIFICATE OF SERVICE

This is certify that a true and correct copy of the foregoing has been mailed to the Clerk of This Court United States District Court for the District of Columbia, Washington D.C.

 

Respectfully Submitted by:

*Benito V. Martinez*
Benito Victor Martinez/21207-052
F.C.I. Beaumont (low)
P.O. Box 26020
Beaumont, TX 77720-6020

Cc; Clerk
    A.U.S.A. Margaret J. Chriss for Alberto Gonzales, et. al.
    S.G. of the United States, C/O Paul D. Clement, act.
    file