UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENITO VICTOR MARTINEZ, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-0112 (JR) |
| ALBERTO GONZALES, *et al.*, | : |
| Respondents. | : |

### ORDER

Petitioner's motion for default judgment [12] was apparently prepared and mailed on May 20, but it did not arrive here until May 29, "crossing in the mail" with respondent's May 22 motion for transfer [10] and this Court's May 22 order [11] calling for a response. The motion for default judgment [12] is **denied,** and petitioner is reminded that he has until **June 21, 2007** to respond to the motion to transfer.

JAMES ROBERTSON
United States District Judge